# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMES WILLIAMS,

    Petitioner,

v.

JOE LOMBARDO,

    Respondent.

Case No. 2:19-cv-01505-RFB-EJY

**ORDER**

Petitioner has submitted a petition for a writ of habeas corpus. He did not file an application to proceed in forma pauperis, nor did he pay the filing fee of five dollars ($5.00).

IT THEREFORE IS ORDERED that petitioner must file an application for leave to proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his inmate account. The clerk of the court shall send petitioner a blank application form for incarcerated litigants. In the alternative, petitioner shall make the necessary arrangements to pay the filing fee of five dollars ($5.00), accompanied by a copy of this order. Petitioner will have forty-five (45) days from the date that this order is entered to comply. Failure to comply will result in the dismissal of this action.

DATED: September 5, 2019.

                              RICHARD F. BOULWARE, II
                              United States District Judge