UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JAMES WILLIAMS,

        Petitioner,

  v.

JOE LOMBARDO,

        Respondent.

Case No. 2:19-cv-01505-RFB-EJY

**ORDER**

Mail from the court to petitioner has been returned, with the notation that petitioner no longer is in custody at the Clark County Detention Center (ECF No. 4, ECF No. 5). The court dismisses this action because petitioner has not informed the court of his current address. See Local Rule IA 3-1.

Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

IT THEREFORE IS ORDERED that this action is **DISMISSED** without prejudice because of petitioner's failure to notify the court of his change in address. The clerk of the court shall enter judgment accordingly and close this action.

///

///

///

1

IT FURTHER IS ORDERED a certificate of appealability will not issue.

DATED: October 9, 2019.

_____
RICHARD F. BOULWARE, II
United States District Judge